IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00147-RAH |
| | ) | |
| FAMILY DOLLAR INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 17, 2025, the Magistrate Judge filed a Recommendation (doc. 6) to which no timely objections have been filed.  The Magistrate Judge recommends that Plaintiff's Complaint (doc. 1) be dismissed without prejudice.  Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 6) is **ADOPTED**.

2. Plaintiff's Complaint (doc. 1) is **DISMISSED without prejudice**.

DONE, on this the 16th day of April 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE